UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-04311-HDV-SK | Date | 8/10/2026 |
|---|---|---|---|
| Title | *Harmanpreet Kaur Sidhu v. Warden Facility Administrator Adelanto ICE Processing Center, et al.* | | |

Present: The Honorable     Hernán D. Vera, United States District Judge

| Wendy Hernandez | Valerie Savla |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):

DFPD Diana Sanchez                      AUSA Alfredo Bonilla

**Proceedings:     HEARING ON PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [2]**

Matter called and all parties are present, including Punjabi Interpreter Preet Kaur.

The Court hears oral argument on the application, which the Court construed as a request for a preliminary injunction, and rules as follows:

The Court grants the ex parte application and orders that the Petitioner be released from custody forthwith. The Petitioner is to be released immediately and not taken back to Adelanto before release.  **A-File No. 226-161-162**.  A separate detailed order to follow.

   **IT IS SO ORDERED.**

cc:     Adelanto ICE Detention Facility
        DFPD Diana Sanchez