**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANPREET KAUR SIDHU,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER et al.,<br>Respondents. | Case No. 5:26-cv-04311-HDV-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Preliminary Injunction and Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 12, 2026

Hernán D. Vera
United States District Judge